IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

JOSHUA ILDERTON and
STACY ILDERTON,

        Plaintiffs,

vs.                                      Case No. 2:13-cv-1392

STYLINE LOGISTICS, INC., an
Indiana corporation, and CON-WAY
TRUCKLOAD INC., a Missouri corporation,

        Defendants.

## AGREED DISMISSAL ORDER

This day came the plaintiffs, Joshua Ilderton, by Gregory B. Chiartas, their attorney; came the defendant Styline Logistics, Inc., by Philip J. Sbrolla and Gerald E. Lofstead, III, its attorneys; and came the defendant Con-Way Truckload Inc., by Stephen F. Gandee, its attorney, and announced to the Court that the matters with regard to the captioned civil action have been fully compromised, agreed, and settled and moved the Court to dismiss this action, with prejudice.

There being no objection and the Court perceiving none, it is ORDERED that this action and all claims by any party with regard to Civil Action No. 2:13-cv-1392 hereto be and the same are hereby dismissed with prejudice.

The Clerk of this Court is directed to forward an entered and certified copy of this Agreed Dismissal Order to all counsel of record as follows:

        Gregory B. Chiartas, Esquire
        Freeman & Chiartas
        Post Office Box 347
        Charleston, West Virginia 25322

        Philip J. Sbrolla, Esquire
        Gerald E. Lostead, III, Esquire
        Cipriani & Werner, P.C.
        1144 Market Street, Suite 300
        Wheeling, West Virginia 26003

        Stephen F. Gandee, Esquire
        Robinson & McElwee PLLC
        Post Office Box 128
        Clarksburg, West Virginia 26302-0128

ENTER: _13 November 2013_

_____
                                                Judge

APPROVED:

/s/ Gregory B. Chiartas
_____
  Gregory B. Chiartas
  (W. Va. State Bar I.D.: 715)
  Attorney for Plaintiff


/s/ Philip J. Sbrolla
_____
  Philip J. Sbrolla
  (W. Va. State Bar I.D.: 11297)
  Gerald E. Lofstead III
  (W. Va. State Bar I.D.: 7375)
  Attorneys for Defendant Styline Logistics, Inc.


/s/ Stephen F. Gandee
_____
  Stephen F. Gandee
  (W. Va. State Bar I.D.: 5204)
  Attorney for Defendant Con-Way Truckload Inc.